UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:15-cv-00323-MW-CAS

TERRY J. SCHROEDER AND
LINDA C. SCHROEDER,

    Plaintiffs,

v.

RUSHMORE LOAN MANAGEMENT
SERVICES, LLC,

    Defendant.
_____/

## DEFENDANT RUSHMORE LOAN MANAGEMENT SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Rushmore Loan Management Services, LLC ("Rushmore"), a non-governmental corporate party, pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosures:

1. Rushmore is a private company and 100% of its stock is owned by Roosevelt Management Company LLC, which is also a private company.

2. There are no publicly held companies that own ten percent (10%) or more of Rushmore's stock.

        Respectfully submitted,

        /s/    Ileen J. Cantor
        Ileen J. Cantor, Esq.
        Florida Bar No. 977128
        icantor@logs.com
        SHAPIRO, FISHMAN & GACHÉ, LLP
        2424 North Federal Highway, Suite 360
        Boca Raton, FL  33431
        561-998-6700 (phone)
        *Counsel for Rushmore*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 6th day of August, 2015 by transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record.

/s/     Ileen J. Cantor
ILEEN J. CANTOR